UNITED STATES DISRTICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
DISTRICT COURT
09 JAN 30 PM 12: 48
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| AUSTRALIAN GOLD, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: |
| RALEY'S INC. and JOHNNY RALEY ) | |
| ) | |
| Defendants. ) | **1:09-cv-0095 LJM-DML** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, Australian Gold, Inc. ("Australian Gold"), by counsel, hereby files its Corporate Disclosure Statement pursuant to L.R. 7.2 and states as follows:

1. Australian Gold, Inc.'s parent company is New Sunshine, LLC, a privately-held company. No publicly held company or investment fund holds any ownership interest in Australian Gold.

Respectfully submitted,

By: _____
Scott D. Matthews, Esq.
Australian Gold, LLC
6270 Corporate Drive
Indianapolis, IN 46278
(317) 554-3685 Phone
(317) 554-3449 Fax
scott.matthews@newsunshinellc.com

*Attorney for Australian Gold, LLC*