UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

AUSTRALIAN GOLD, LLC )
]            Plaintiff ) CASE 1:09-CV-0095 LJM-DML
 )
  Vs )
 )
RALEY'S INC, JOHNNY RALEY and )
THE ESTATE OF FLOYD L. RALEY )
    Defendants )

## NOTICE TO COURT ON FILING OF A COMBINED ANSWER FOR ALL DEFENDANTS AND AGREEMENT TO FILE COMBINED ANSWER ON THE AMENDED COMPLAINT ONLY

Come now the Defendants by counsel, and for their Notice to the Court on the Filing of a Combined Answer for all Defendants and Agreement to File Combined Answer on the Amended Complaint Only would state as follows:

1. Counsel has been engaged in this matter to also represent the Estaet of Floyd Raley, and is with this Notice filing his Appearance for the Estate.

2. The Amended Complaint was filed in this matter on the 17th of March, 2009 and the Defendants would have 20 days from that date wherein to

file their Answer to the Amended Complaint.

3. Counsel will file a combined answer and other pleadings for all three defendants when that documents is filed.

4. By prior Order of the Court, Counsel for Defendants Raley's Inc and Johnny Raley was given until the 20th day of March, 2009 to file their Answer and other responses to the original Complaint.

5. Counsel has spoken with Plaintiff's Counsel and agreed that an answer to the original complaint will not be filed, but that Defendants will file reponses only based on the Amended Complaint.

                              Respectfully Submitted
                              Hostetter & O'Hara

                              /s Mark O'Hara
                              Mark O'Hara

### Certificate of Service

I hereby certify that no service of this Answer has been filed on Counsel for Plaintiff except through the Courts electronic filing system.

                              /s Mark O'Hara
                              Mark O'Hara

MARK O'HARA  10468-49
HOSTETTER & O'HARA
515 N. GREEN STREET
BROWNSBURG, INDIANA  46112
317-852-2422,  317-852-3748 fax